0        6710

WITHDRAWN
AND NOT
REISSUED